## GORDON v. MARGOLIN.

Court of Appeals of Kentucky.

(Decided February 2, 1932.)

Motion for an appeal from Jefferson Circuit Court.

O'NEAL & O'NEAL for movant.

MARK BEAUCHAMP, opposed.

PER CURIAM. Judgment dismissing action to recover $480 damages to personal property.

Appeal denied; judgment affirmed.

## WILSON v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided February 9, 1932.)

Motion for an appeal from Warren Circuit Court.

LOGAN & LOGAN for movant.

J. W. CAMMACK, Attorney General and A. M. SAMUELS for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $200 and 30 days in jail.

Appeal denied; judgment affirmed.

## TIPTON v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided March 11, 1932.)

Appeal from Pike Circuit Court.

Under an indictment charging him with malicious shooting at and wounding another with intent to kill him, appellant was convicted of the offense of shooting at and wounding another in sudden heat of passion and without previous malice, and sentenced to pay a fine of $200 and to serve six months in the county jail.

ROSCOE VANOVER, JR., for appellant.

BAILEY P. WOOTTON, Attorney General, and H. H. Rice, Assistant Attorney General, for Commonwealth.

PER CURIAM—Appeal denied; judgment affirmed.